PFEIFER, J., dissents.

LANZINGER, J., not participating.

2013–0456. **State v. Lawson.**
Franklin App. No. 12AP–53, 2013-Ohio-803.
   O'DONNELL, J., dissents and would accept the appeal on Proposition of Law No. II.
   KENNEDY, J., dissents.

2013–0457. **Estate of Grilli v. Smith.**
Fairfield App. No. 2012-CA-12, 2012-Ohio-6146.
   O'DONNELL, J., dissents.

2013–0469. **State v. Wangler.**
Allen App. No. 1–11–18, 2012-Ohio-4878.
   O'NEILL, J., dissents.

2013–0471. **State v. Wagner.**
Hamilton App. No. C–120402, 2013-Ohio-383.
   O'NEILL, J., dissents.

2013–0478. **State v. Withrow.**
Ashtabula App. No. 2011-A-0067, 2012-Ohio-4887.

2013–0487. **State v. Carter.**
Allen App. No. 1–12–19.

2013–0488. **State v. Sanders.**
Hamilton App. No. C–110741.

2013–0495. **State v. Schuler.**
Hamilton App. No. C–060864.

2013–0500. **State v. Fluharty.**
Stark App. No. 2011 CA 231.

2013–0503. **State v. Van Tielen.**
Brown App. No. CA2012–04–007, 2013-Ohio-446.

2013–0508. **In re J.G.**
Wayne App. No. 12CA0037, 2013-Ohio-417.
   FRENCH, J., dissents and would accept the appeal on Proposition of Law No. 1.
   O'NEILL, J., dissents.

2013–0512. **State v. Smith.**
Cuyahoga App. No. 98280, 2013-Ohio-576.

2013–0517. **State v. Beckwith.**
Cuyahoga App. No. 98497, 2013-Ohio-492.
   O'DONNELL, KENNEDY, and FRENCH, JJ., dissent.

2013–0531. **State v. Sanders.**
Stark App. No. 2012CA00042, 2013-Ohio-789.

2013–0540. **State v. Naegele.**
Clermont App. No. CA2012–07–055.

2013–0557. **State v. Williams.**
Lucas App. No. L–11–1084, 2013-Ohio-726.

2013–0568. **State v. Williams.**
Franklin App. No. 12AP–664, 2013-Ohio-711.

2013–0612. **State v. Mitchell.**
Franklin App. No. 12AP–572, 2013-Ohio-1059.